March 28, 2026

To Whom It Concerns:

I, Megan Thiel declare as follows: I am a licensed clinical social worker in Louisiana (License # 9623) and practice in Louisiana. I have interviewed Carrie Newman and am knowledgeable of the relevant facts and issues involved in the action to be filed on her behalf by Louisiana attorney, Daniel Meyer. Based on my professional opinion and my knowledge of the facts of this matter, there is a reasonable basis that she was abused by Rev. Ardwin Hiller, of the Diocese of Alexandria and the Order of Franciscan Ministers (formally, Province of Our Lady of Guadalupe, Inc.), who was a priest at her church and school, Little Flower of Jesus, from 1969 to 1973, when she was 9 to 11 years old, in Monroe, Louisiana.

Respectfully submitted,

Megan Thiel, LCSW-BACS, LLC
504-354-0847
meganthieltherapy@gmail.com



## CERTIFICATE OF MERIT BY PLAINTIFF'S COUNSEL

March 30, 2026:

I, Daniel A. Meyer, am counsel for the Plaintiff Carrie E. Newman, in the action to be filed in the United States District Court, Western District of Louisiana. I have reviewed the facts of this case and consulted with at least one mental health practitioner licensed to practice in Louisiana, who I believe is knowledgeable of the relevant facts and issues involved in this action. I declare that on the basis of that review and consultation that there is reasonable and meritorious cause for filing this petition. It is my professional opinion that there is a reasonable basis to believe the plaintiff was subjected to criminal sexual abuse and molestation while a minor in Monroe, Louisiana, as defined in La. R.S. 9:2800.9.

BY: _____
Daniel A. Meyer (La. Bar No. 33278)
SLATER SLATER SCHULMAN, LLP
6023 Magazine Street
New Orleans, Louisiana 70118
Telephone: (504) 334-8522
Facsimile: (212) 922-0907
dmeyer@sssfirm.com
*Attorney for Plaintiff*

EXHIBIT
2