## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARRIE E. NEWMAN** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **SECTION** |
| **v.** | **JUDGE:** |
| **DEFENDANT 1** | **MAGISTRATE:** |
| **Defendant.** | |

## ORDER

The Court, pursuant to La. R.S. 9:2800.9(D), has reviewed the certificates of merit filed, and determined, in-camera, based solely on those certificates of merit, that there is reasonable and meritorious cause for filing of the action. Accordingly,

IT IS HEREBY ORDERED, that the petition is approved as filed, and may be amended to name the actual defendant, and to notify the defendant after the filing of the amended pleading by normal service of process.

Mornoe, Louisiana, this _____ day of _____, 2026.


_____
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF LOUISIANA

8